JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Southern California Lumber Industry Welfare Fund, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Linda Buccella, et al., <br><br> Defendants. | Case No. EDCV 19-593 JGB (SPx) <br><br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, Default Judgment is GRANTED in favor of Plaintiffs Southern California Lumber Industry Welfare Fund and Board of Trustees for the Southern California Lumber Industry Welfare Fund. Judgment is entered in favor of Plaintiffs on liablity only. No damages are awarded.

Dated: June 17, 2020

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge